Form B3B
(04/09/06)

United State Bankruptcy Court

Northern ____ District of ____ Illinois

In re: _____ Sheila Jones _____            Case No. _____ 08 B 13313 _____
    Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the
court orders that the application be:

[  ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy
> case demonstrate that the waiver was unwarranted.

[ x ] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ 74.75 ____ on or before June 16, 2008
>
> $ 74.75 ____ on or before July 14, 2008
>
> $ 74.75 ____ on or before August 11, 2008
>
> $ 74.75 ____ on or before September 8, 2008
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional
> property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[  ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on
> _____ at _____ am/pm at _____.
> (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM
> SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE
> FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

**DATE:**    5/27/08

Pamela S. Hollis/United States Bankruptcy Judge